the Hudson & Manhattan Railroad Company. No opinion. Application granted. Order signed.

LANGDON, Respondent, v. ENRIGHT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by W. Harry Langdon against Carrie E. Enright. No opinion. Judgment and order affirmed, with costs.

LA PRIFE, Respondent, v. HENRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Matilda La Prife against Fred W. Henry. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re LEVIEN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Douglas A. Levien, an attorney. No opinion. Application denied. Settle order on notice. See, also, 165 App. Div. 883, 151 N. Y. Supp. 279.

LEVINS v. PHILLIPS et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by John F. Levins against Moses Phillips and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 90 Misc. Rep. 393, 152 N. Y. Supp. 1025.

LEVY, Appellant, v. ALLISON et al., Respondents, et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Charles E. Levy against William O. Allison and others, impleaded with others. H. B. Twombly, of New York City, for appellant. E. H. Green, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

LEVY, Respondent, v. MORRIS & CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Moses Levy against Morris & Co. No opinion. Motion denied, without costs.

LEVY v. ROBERT KESSLER REALTY CO., Inc., et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Ephraim B. Levy against the Robert Kessler Realty Company, Incorporated, and others; Katharine H. Schaeffler and others, appellants. J. L. Wells, of New York City, for appellants. T. Baumeister, of New York City, for respondent. No opinion. Order reversed, without costs, and motion granted, without prejudice to any proceedings already had in the action. Order filed.

LEWIS, Appellant, v. AUBURN PUB. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by George A. Lewis against the Auburn Publishing Company. No opinion. Judgment and order affirmed, with costs.

LEWIS, Appellant, v. FARLEY, State Excise Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William Lewis against William W. Farley, as State Commissioner of Excise. No opinion. Order affirmed, with $10 costs and disbursements.

LOBSITZ v. E. LISSBERGER CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Maurice Lobsitz against the E. Lissberger Company. No opinion. Order reversed, with $10 costs and disbursements, and motion to resettle order granted, with $10 costs, on the authority of Bacharach v. American Union Realty Co., 163 App. Div. 940, 148 N. Y. Supp. 1104. Order filed. See, also, 154 N. Y. Supp. 556.

In re LORD'S WILL. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the probate of paper writing purporting to be the last will and testament of Theodore A. Lord, deceased. Anna Di Hunsdon, as administratrix, etc., and others, appellants; Uegenie M. Ferrer, etc., respondent.

PER CURIAM. Order of the Surrogate's Court of Westchester County, denying motion for resettlement, reversed; order of April 23, 1915, modified as proposed by the appellants on their motion for resettlement; and as so modified affirmed, without costs of this appeal to any party. See Matter of Hamilton, 76 Hun, 200, 27 N. Y. Supp. 813; Matter of Bitter, 154 N. Y. Supp. 975; Matter of Comins, 9 App. Div. 492, 41 N. Y. Supp. 323. See, also, 90 Misc. Rep. 222, 154 N. Y. Supp. 302.

LOWE, Respondent, v. ATKINSON, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Helen M. Lowe, an infant, by Rosanna Lowe, her guardian ad litem, against Paul R. Atkinson. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

LUCAS, Appellant, v. HODGE, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by George M. Lucas against Robert M. Hodge. No opinion. Order affirmed, with costs.

LUTKINS, Respondent, v. LUTKINS, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Mary Lutkins against Theodore L. Lutkins, Sr. No opinion. Judgment and order (85 Misc. Rep. 148, 148 N. Y. Supp. 174) unanimously affirmed, with costs. See, also, 163 App. Div. 887, 147 N. Y. Supp. 1124.

LYNN v. BUSHNELL. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Wauhope Lynn against Ezra D. Bushnell; the City of New York and others, appellants. No opinion. The parties hereto having stipulated in open court that this case